**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____  Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **U.S. Integrity Funding Group, Inc.** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  US Integrity Touring Company**<br>**DBA  US Integrity Touring**<br>**DBA  USIT** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **02-0470597** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**99 Elmere Rd**<br>**Wells, ME 04090**<br>Number, Street, City, State & ZIP Code<br><br>**York**<br>County | **Mailing address, if different from principal place of business**<br><br>**P.O. Box 475**<br>**Moody, ME 04054**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**99 Elmere Rd Wells, ME 04090**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **https://www.usintegritytouring.com/** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   **U.S. Integrity Funding Group, Inc.**           Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**   A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

   B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
      http://www.uscourts.gov/four-digit-national-association-naics-codes.
      **5615**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   ■ Chapter 7

   ☐ Chapter 9

   ☐ Chapter 11. *Check **all** that apply*:

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor  **U.S. Integrity Funding Group, Inc.**                    Case number (*if known*) _____
     Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

           Contact name _____

           Phone _____

&#9632; **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor     **U.S. Integrity Funding Group, Inc.**                                    Case number (*if known*) _____
           Name

| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 22, 2023**
MM / DD / YYYY

**X /s/ Kathleen Rogers**                      **Kathleen Rogers**
Signature of authorized representative of debtor       Printed name

Title    **Treasurer of Debtor and PR of Estate of Robert Graffam**

---

**18. Signature of attorney**

**X /s/ Gregory A. Moffett**                   Date   **September 22, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Gregory A. Moffett 1998**
Printed name

**Preti Flaherty, LLP**
Firm name

**PO Box 1318**
**Concord, NH 03302-1318**
Number, Street, City, State & ZIP Code

Contact phone   **603-410-1525**    Email address   **gmoffett@preti.com**

**1998 NH**
Bar number and State

**Fill in this information to identify the case:**

Debtor name **U.S. Integrity Funding Group, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:  Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From  **9/01/2022** to  **8/31/2023** | ■ Operating a business<br>☐ Other _____ | **$3,863,304.49** |
| **For year before that:**<br>From  **9/01/2021** to  **8/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,493,712.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **Paycheck Protection Program Forgiveness Payment** | **$58,195.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | **Paycheck Protection Program Forgiveness Payment** | **$38,720.00** |

**Part 2:  List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor **U.S. Integrity Funding Group, Inc.**                                    Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  Kathleen Rogers<br>PO Box 475<br>Moody, ME 04054<br>Treasurer, PR of estate of Graffam | Weekly<br>payroll<br>(9/25/22 -<br>9/25/23) | $56,058.10 | Wages |
| 4.2.  Robert Graffam<br>PO Box 475<br>Moody, ME 04054<br>President | Weekly<br>8/29/22 -<br>4/3/23 | $40,416.00 | Wages |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**  **Certain Gifts and Charitable Contributions**

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number *(if known)* | |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Wells Maine Fire Department AED**<br>**1563 Post Rd**<br>**Wells, ME 04090** | **Charitable donation** | **12/16/2022** | **$2,000.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:** Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:** Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Preti Flaherty, LLP**<br>**PO Box 1318**<br>**Concord, NH 03302-1318** | **Attorney Fees** | **6/26/2023** | **$25,000.00** |
| | Email or website address<br>**gmoffett@preti.com** | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include

| Debtor | U.S. Integrity Funding Group, Inc. | Case number *(if known)* | |
|---|---|---|---|

both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:** Previous Locations

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 151 Webster Mills Rd Chichester, NH 03258 | |

**Part 8:** Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:** Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, email addresses, telephone numbers, addresses, and other information from customers for tours. Debtor used a third-party for booking and payments (WeTravel).  WeTravel collected and stored customer payment and credit card information. Debtor may have been provided some of that information by WeTravel.**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

Debtor    **U.S. Integrity Funding Group, Inc.** _____    Case number *(if known)* _____

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **TD Bank**<br>**2035 Limestone Rd**<br>**Wilmington, DE 19808** | **XXXX-2941** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **TD Bank Business Convience Plus Account** | **August 2022** | **$0.00** |
| 18.2. | **Kennebeck Savings Bank**<br>**150 State St**<br>**Augusta, ME 04332** | **XXXX-4089** | ☐ Checking<br>☐ Savings<br>■ Money Market<br>☐ Brokerage<br>☐ Other__ | **April 2023** | **$0.00** |
| 18.3. | **TD Bank**<br>**2035 Limestone RD**<br>**Wilmington, DE 19808** | **XXXX-5176** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other **TD Bank Business Convenience Plus Account** | **November 2022** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

| Debtor | U.S. Integrity Funding Group, Inc. | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|

Debtor    **U.S. Integrity Funding Group, Inc.**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Pamela Rugg**<br>**88 Nashua Rd**<br>**Londonderry, NH 03053** | |
| 26a.2.    **Kathleen Rogers**<br>**99 Elmere Rd**<br>**Wells, ME 04090** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Kathleen Rogers**<br>**99 Elmere Rd**<br>**Wells, ME 04090** | |
| 26c.2.    **Pamela Rugg**<br>**88 Nashua Rd**<br>**Londonderry, NH 03053** | |
| 26c.3.    **Cooper Cargill Chant**<br>**Attn: Ken Cargill/Jake Crabb**<br>**2935 White Mountain Highway**<br>**North Conway, NH 03860-5210** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Kathleen Rogers** | **PO Box 475**<br>**Moody, ME 04054** | **Treasurer** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Estate of Robert Graffam** | **PO Box 475**<br>**Moody, ME 04054** | **Shareholder** | **100%** |

| Debtor | U.S. Integrity Funding Group, Inc. | Case number *(if known)* | |
|---|---|---|---|

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Robert Graffam | PO Box 475 Moody, ME 04054 | Director, Secretary, President | Feb 3, 2015  to April 1, 2023 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Robert Graffam PO Box 475 Moody, ME 04054 | $40,416.00 | Various dates throughout the past year - ordinary course | Salary |
| | Relationship to debtor Director, President and Secretary | | | |
| 30.2. | Kathleen Rogers PO Box 475 Moody, ME 04054 | $56,058.10 | Various dates throughout the past year - ordinary course | Salary |
| | Relationship to debtor Treasurer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor __U.S. Integrity Funding Group, Inc.__             Case number *(if known)* _____

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __September 22, 2023__

__/s/ Kathleen Rogers__                    **Kathleen Rogers**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **Treasurer of Debtor and PR of Estate of Robert Graffam**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

**Fill in this information to identify the case:**

Debtor name    **U.S. Integrity Funding Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number *(if known)* _____

☐ Check if this is an
amended filing

---

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

    ☐ No.  Go to Part 2.
    ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bangor Savings Bank - Operating account** | **Corporate Checking** | 3848 | $221,194.66 |
| 3.2. | **Bangor Savings Bank - Business Complete - Money Market** | **Corporate Checking** | 4329 | $1,281.69 |
| 3.3. | **Bangor Savings Bank - Business Complete - Payroll account** | **Corporate Checking** | 9437 | $1,478.47 |
| 3.4. | **Bangor Savings Bank - Business Complete - We Travel account** | **Corporate Checking** | 3856 | $986.00 |
| 3.5. | **TD Ameritrade** | | 6951 | $288,645.18 |
| 3.6. | **Citizens Bank - Clearly Better Business Checking** | | 8116 | $0.00 |

Debtor    **U.S. Integrity Funding Group, Inc.**
Name                                                          Case number *(If known)* _____

| 3.7. | **Citizens Bank - Money Market** | | 3737 | $29.85 |

---

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $513,615.85 |

| Part 2: | **Deposits and Prepayments** |

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.   **Accounts receivable**

   11a. 90 days old or less:         18,917.97   -         0.00   = ....        $18,917.97
                                     face amount        doubtful or uncollectible accounts

---

12.   **Total of Part 3.**

   Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | $18,917.97 |

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

Debtor    **U.S. Integrity Funding Group, Inc.**                    Case number *(If known)* _____
          Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. | **Office furniture**<br>4 Wooden Maple desks | **$7,169.76** | Recent cost | **$7,169.76** |
| | 3 chairs | **Unknown** | | **$100.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>4 Printers | **Unknown** | | **$200.00** |
| | Monitor and computer | **Unknown** | | **$300.00** |
| | 4 laptops and 3 cell phones currently on Kathleen Rogers personal cell phone plan | **Unknown** | | **$1,000.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.  **17 paintings and 1 sculpture located in office (not insured)** | **$0.00** | Appraisal | **$57,000.00** |

43.    **Total of Part 7.**                                                                    | **$65,769.76** |
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.

Debtor  **U.S. Integrity Funding Group, Inc.**                    Case number *(If known)* _____
        Name

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **Website - https://www.usintegritytouring.com/** | **Unknown** | | **$0.00** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** **Customer list** | **Unknown** | | **$0.00** |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**                                                   | **$0.00** |
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ☐ No
    ■ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| **Net operating loss as of 8/31/22**          Tax year _____ | **$219,800.00** |
| **Capital loss carryover**          Tax year _____ | **$9,896.00** |
| 73. **Interests in insurance policies or annuities** | |

Debtor    **U.S. Integrity Funding Group, Inc.**                                                   Case number *(If known)* _____
          Name

| **AON Travel Agents and Tour Operations Professional Liabillity Insurance; Travelers Workers Compensation Insurance** | **$0.00** |
| --- | --- |

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| --- | --- | --- |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | **$229,696.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **U.S. Integrity Funding Group, Inc.**                         Case number *(If known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $513,615.85 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $18,917.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $65,769.76 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $229,696.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $827,999.58 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $827,999.58 |

**Fill in this information to identify the case:**

Debtor name **U.S. Integrity Funding Group, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Bangor Savings Bank** | | $0.00 | $0.00 |

**Bangor Savings Bank**
Creditor's Name

**69 Route 101A**
**Amherst, NH 03031**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**12/15/2022**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Debtor obtained a $200,000 line of credit on 12/15/2022.  Zero balance owed on line of credit.**

Describe the lien
**UCC Financing Statement filed by Bangor Savings Bank**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     $0.00

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Bangor Savings Bank**<br>**PO Box 930**<br>**Bangor, ME 04402** | Line  **2.1** | |

| Fill in this information to identify the case: |
| --- |

Debtor name    **U.S. Integrity Funding Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$998.00** | **$998.00** |
| --- | --- | --- | --- | --- |

**Aaron Cuppett**
**6306 Basswood Dr**
**Fort Worth, TX 76135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$863.00** | **$863.00** |
| --- | --- | --- | --- | --- |

**Abel Vasquez**
**6205 Stone Lake Dr**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    **U.S. Integrity Funding Group, Inc.**                          Case number (if known) _____

Name

| | | |
|---|---|---|
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |

**2.3** Priority creditor's name and mailing address

**Ada Peralta**
**c/o Chisholm Trail High School**
**Band**
**Attn:  Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is: $863.00    $863.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Adam Valdez**
**5864 Barrier Reef Dr**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is: $863.00    $863.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**Aimee Seaton**
**5832 Lamb Creek Dr**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is: $998.00    $998.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address

**Alan Heptinstall**
**4039 Byers Ave**
**Fort Worth, TX 76107**

As of the petition filing date, the claim is: $490.00    $490.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **U.S. Integrity Funding Group, Inc.**                              Case number (if known) _____

Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Alejandro Castaneda**
**c/o Chisholm Trail High School**
**Band**
**Attn:  Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,438.00 | $12,438.00 |
|---|---|---|---|---|

**Alicia Owens**
**PO Box 1744**
**Midlothian, TX 76065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Outstanding commissions**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Alvaro Hernandez**
**4728 Spoon Drift Drive**
**Fort Worth, TX 76135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Amanda Ford**
**5813 Barrier Reef Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **U.S. Integrity Funding Group, Inc.**     Case number (if known) _____
_____
Name

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Amanda Ray**
**5520 Creekwood Dr. Apt. 2084**
**Benbrook, TX 76109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Amanda Stone**
**12215 Hunters Chase Dr Apt 6302**
**Austin, TX 78729**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,898.00 | $1,898.00 |
|---|---|---|---|---|

**Amanda Zarbock**
**5828 Taylorsville Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Amari Morales**
**3240 river lodge trail south apt 321**
**Fort Worth, TX 76116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.15**

Priority creditor's name and mailing address

**Amber Cook**
**c/o Chisholm Trail High School**
**Choir**
**Attn:  Megan Sisk, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$998.00      $998.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.16**

Priority creditor's name and mailing address

**Amber-Nicole McIntire**
**7304 Rankin Trail**
**Austin, TX 78729**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,898.00      $3,898.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.17**

Priority creditor's name and mailing address

**Ana Resendiz**
**5529 Mclanahan Ln.**
**Crowley, TX 76036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$490.00      $490.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.18**

Priority creditor's name and mailing address

**Andrew Valdez**
**5864 Barrier Reef Dr**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$863.00      $863.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Angelique Little**
**824 Sky Creek Court**
**Saginaw, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Ann Marie Seutter**
**5648 Giddyup Lane**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Ann McGovern**
**7604 Vineyard Dr**
**Plano, TX 75025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Ann Winkelmann**
**3009 Waterside Ct**
**Garland, TX 75044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Annie Benson**
**8001 West Highway 71 Apt E103**
**Austin, TX 78735**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.00 | $2,230.00 |
|---|---|---|---|---|

**AnnMarie Olson**
**3032 Thrushwood Drive**
**Austin, TX 78757**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Arlington Heights High School**
**Mr. Scott Tilley, Director**
**4501 West Fwy**
**Fort Worth, TX 76107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Organizer of May 19, 2023 canceled trip**
**Individuals involved in trip are noticed**
**separately**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,390.00 | $2,390.00 |
|---|---|---|---|---|

**Ashley Li**
**4941 Galley Circle**
**Fort Worth, TX 76135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Choir**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|
| | **Barb Johnson** | *Check all that apply.* | | |
| | **1905 Spring Hollow Path** | ☐ Contingent | | |
| | **Round Rock, TX 78681** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Barbara Leonard** | *Check all that apply.* | | |
| | **1309 Madeline Pl** | ☐ Contingent | | |
| | **Fort Worth, TX 76107** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|
| | **Bekah Elizalde** | *Check all that apply.* | | |
| | **c/o Arlington Heights High School** | ☐ Contingent | | |
| | **Attn:  Scott Tilley, Director** | ☐ Unliquidated | | |
| | **4501 West Fwy** | ☐ Disputed | | |
| | **Fort Worth, TX 76107** | | | |

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|
| | **Ben Sasser** | *Check all that apply.* | | |
| | **6033 Shiner Dr** | ☐ Contingent | | |
| | **Fort Worth, TX 76179** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **U.S. Integrity Funding Group, Inc.**          Case number (if known) _____

Name

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |

**Billie Jo Wokaly**
**4952 Creek Ridge Trail**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |

**Billy Brothers**
**5514 Nueces Bay Dr**
**Rowlett, TX 75089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,157.00 | $5,157.00 |

**Billy Talley**
**440 Olsen Blvd**
**Amarillo, TX 79106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Outstanding commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $148.00 | $148.00 |

**Blessing Odogujeh**
**5444 Ayers Island Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $829.00 | $829.00 |
|---|---|---|---|---|

**Brayden Althaus**
**c/o Cooper High School**
**3639 Sayles Blvd**
**Abilene, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Cooper High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Brenda  Roden**
**236 Hialeah Park Street**
**Saginaw, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Brenda Ciardiello**
**3425 Hamilton Ave**
**Fort Worth, TX 76107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.00 | $598.00 |
|---|---|---|---|---|

**Brian Alen**
**1124 Trammell Dr**
**Benbrook, TX 76126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |
|---|---|---|---|---|
| | **Brittane Carter** | Check all that apply. | | |
| | **6653 Fitzgerald St** | ☐ Contingent | | |
| | **Fort Worth, TX 76179** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Group tour deposit - Chisholm Trail High School Band** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $829.00 | $829.00 |
|---|---|---|---|---|
| | **Brittany Young** | Check all that apply. | | |
| | **5249 Foxmoor Court** | ☐ Contingent | | |
| | **Abilene, TX 79605** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Group tour deposit - Cooper High School** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,430.00 | $0.00 |
|---|---|---|---|---|
| | **Bruce and Susan Boyle** | Check all that apply. | | |
| | **6230 Oakleaf Rd** | ☐ Contingent | | |
| | **Dallas, TX 75248** | ☐ Unliquidated | | |
| | | ■ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Group tour deposit - First United Methodist Church - Richardson** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,715.00 | $3,715.00 |
|---|---|---|---|---|
| | **Carmencita Esteve** | Check all that apply. | | |
| | **12615 Cinchring Lane** | ☐ Contingent | | |
| | **Austin, TX 78727** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Group tour deposit - First United Methodist Church - Richardson** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No | | |
| | | ☐ Yes | | |

Debtor  **U.S. Integrity Funding Group, Inc.**                    Case number (if known) _____
_____
Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Carol Givens**
**113 Big Willow Ct**
**Saginaw, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,498.00 | $5,498.00 |
|---|---|---|---|---|

**Carol Kemp**
**8102 Greenslope Dr**
**Austin, TX 78759**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Casey Davis**
**705 Parkwest Blvd**
**Saginaw, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,015.00 | $3,015.00 |
|---|---|---|---|---|

**Casey Harrison**
**2145 Ironside Dr**
**Plano, TX 75075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **U.S. Integrity Funding Group, Inc.**                        Case number (if known) _____
_____
Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,726.00 | $1,726.00 |
|---|---|---|---|---|

**Catherine Munoz**
**c/o Chisholm Trail High School**
**Band**
**Attn:  Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Cesar Vargas**
**102 Sparkling Ct Apt 2**
**Vine Grove, KY 40175**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Cherrelle Tillis**
**508 Hummingbird Tr**
**Crowley, TX 76036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,460.00 | $4,460.00 |
|---|---|---|---|---|

**Cheryl Alvarado**
**1307 Olympus Drive**
**Austin, TX 78733**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor __U.S. Integrity Funding Group, Inc._____    Case number (if known) _____
     Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,498.00 | $5,498.00 |
|---|---|---|---|---|

**Cheryl Pyle**
**1206 Barrington Drive**
**Austin, TX 78753**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,830.00 | $9,830.00 |
|---|---|---|---|---|

**Cheryl Winnenberg**
**7039 Gateridge Dr**
**Dallas, TX 75254**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Chisholm Trail High School Band**
**Mr. Derrick Doyle, Band Director**
**3100 NW College Drive**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Organizer of canceled May 30, 2023 trip**
**Individuals involved in trip are noticed**
**separately**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Chisholm Trail High School Choir**
**Ms. Megan Sisk, Choir Director**
**3100 NW College Drive**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Organizer of May 28, 2023 canceled trip**
**Individuals involved in trip are noticed**
**separately**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)
☐ Yes

Debtor   **U.S. Integrity Funding Group, Inc.**                                    Case number (if known) _____
         _____
         Name

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Christina White**
**6173 Tilapia Drive**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Christina Winchester**
**6352 Ferncreek Ln**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,898.00 | $1,898.00 |
|---|---|---|---|---|

**Cindy Mason**
**5928 Minnow Dr**
**Fort Worth, TX 73179**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Claudette Cole**
**821 Sky Creek Ct**
**Saginaw, TX 76179**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Clayton Oliphant**
**c/o First United Methodist Church**
**of Ric**
**Attn: Michael Lightfoot, Director**
**503N. Central Expressway**
**Richardson, TX 75080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $318.00 | $318.00 |
|---|---|---|---|---|

**Clemente Guzman**
**1913 Skyline Dr**
**Fort Worth, TX 76114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Choir**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Connie McSpadden**
**605 W Arapaho**
**Richardson, TX 75080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Cooper High School**
**3639 Sayles Blvd**
**Abilene, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Organizer of canceled 2024 trip.**
**Individuals involved in trip are noticed**
**separately.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **U.S. Integrity Funding Group, Inc.**                                    Case number (if known) _____
_____
Name

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Corinne Bryan**
**9618 Lanshire Dr**
**Dallas, TX 75238**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,070.00 | $2,070.00 |
|---|---|---|---|---|

**Cory Newby**
**5801 Watts Bar Ct**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.00 | $980.00 |
|---|---|---|---|---|

**Courtney Spurrier**
**5521 Donnelly Ave**
**Fort Worth, TX 76107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Courtney Summers**
**709 Edgefield Rd**
**Fort Worth, TX 76107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **U.S. Integrity Funding Group, Inc.**                                    Case number (if known) _____
_____
Name

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Cristina Hernandez**
**2865 Watermark Dr Apt 1313**
**Fort Worth, TX 76135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,193.00 | $2,193.00 |
|---|---|---|---|---|

**Crystal Flores**
**5616 Wills Creek Lane**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Curtis Lowrey**
**625 Main St, #641**
**New York, NY 10044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Cyleigh Malone**
**5873 Trigg Sr**
**Fort Worth, TX 76114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor   **U.S. Integrity Funding Group, Inc.**                    Case number (if known) _____
_____
Name

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Cynthia DePrang**
**9001 Viking**
**Austin, TX 78758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.00 | $2,230.00 |
|---|---|---|---|---|

**Cynthia Hager**
**1000 Liberty Park Dr #102**
**Austin, TX 78746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Dakota Hoffman-Pohlman**
**948 Jockey Club Ln**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,726.00 | $1,726.00 |
|---|---|---|---|---|

**Dana ivy**
**4505 Mizzenmast Ct**
**Fort Worth, TX 76135**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number _____
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **U.S. Integrity Funding Group, Inc.** _____  Case number (if known) _____
Name

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,498.00 | $5,498.00 |
|---|---|---|---|---|

**Dana Taipale**
**10503 Floral Park Drive**
**Austin, TX 78759**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $3,350.00 |
|---|---|---|---|---|

**David Casteel**
**c/o Mike Lightfoot**
**First UMC Richardson**
**503 North Central Exp**
**Richardson, TX 75080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**David Estrada**
**5188 Gold Basin Rd**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,070.00 | $2,070.00 |
|---|---|---|---|---|

**Deanna Alexson**
**6069 Beachview Lane**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **U.S. Integrity Funding Group, Inc.**                      Case number (if known) _____
         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
         Name

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Debbie Ramkissoon**
**5504 Volder Drive**
**Fort Worth, TX 76114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,830.00 | $9,830.00 |
|---|---|---|---|---|

**Debra Maxwell**
**2301 Oak Forest Dr**
**Garland, TX 75042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Denise  Castillo**
**3509 W Boyce Ave**
**Fort Worth, TX 76133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 | $187.00 |
|---|---|---|---|---|

**Diana Carlton**
**1110 Glendale**
**Abilene, TX 79605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group Tour Deposit - Cooper High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.83**

Priority creditor's name and mailing address
**Donna Gervase**
**7501 Shadowridge Run #154**
**Austin, TX 78749**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,300.00   $3,300.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.84**

Priority creditor's name and mailing address
**Dorothy Jean Gibson**
**683 North Cliffside Dr**
**Fayetteville, AR 72701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$549.00   $549.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.85**

Priority creditor's name and mailing address
**Doug Findley**
**7607 Applecross Lane**
**Dallas, TX 75248**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,430.00   $7,430.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.86**

Priority creditor's name and mailing address
**Eddie Munoz**
**c/o Cooper High School**
**3639 Sayles Blvd**
**Abilene, TX 79605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$829.00   $829.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Cooper High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **U.S. Integrity Funding Group, Inc.**                    Case number (if known) _____

Name

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|------|---|---|---|---|

**Edelmira Trancoso**
**6382 Twilight Circle**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|------|---|---|---|---|

**Elba Soto**
**804 Western Star Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|------|---|---|---|---|

**Elianna Montelongo**
**6213 N Hill Ln**
**Fort Worth, TX 76135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,460.00 | $4,460.00 |
|------|---|---|---|---|

**Elizabeth Danze**
**4724 Twin Valley Drive**
**Austin, TX 78731**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Elliot  Gonzalez**
**c/o Chisholm Trail High School**
**Band**
**Attn:  Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Emily Vickers**
**c/o Chisholm Trail High School**
**Choir**
**Attn:  Megan Sisk, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Eric Czechowski**
**5706 Hathaway Dr**
**Parker, TX 75002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Eugene Parrish**
**1606 Aurora Dr**
**Richardson, TX 75081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Evangeline Carney**
**2606 Columbus Ave**
**Fort Worth, TX 76164**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,498.00 | $5,498.00 |
|---|---|---|---|---|

**Everett Lunning**
**10101 Annie Oakley Trail**
**Austin, TX 78753**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Fabiola Estrada**
**400 Wofford Way**
**Saginaw, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $564.00 | $564.00 |
|---|---|---|---|---|

**Fernando  Galvan**
**10141 Chapel Glen Terrace**
**Fort Worth, TX 76116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **$0.00** |
|---|---|---|---|---|

**First United Methodist Church-Richardson**
**Mr. Michael Lightfoot, Dir of Music Min**
**503 North Central Expressway**
**Richardson, TX 75080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Organizer of June 16, 2023 canceled trip**
**Individuals involved in trip are noticed**
**separately**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,915.00** | **$4,915.00** |
|---|---|---|---|---|

**Freda Hanley**
**1503 Amesbury Drive**
**Richardson, TX 75082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$863.00** | **$863.00** |
|---|---|---|---|---|

**Gabe Ramos**
**5081 Village St Ct**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$980.00** | **$980.00** |
|---|---|---|---|---|

**Gabriela Flores**
**5861 Holloway St**
**Westworth Village, TX 76114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High**
**School**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,489.00 | $3,489.00 |
|---|---|---|---|---|

**Gary Goethe**
**PO Box 591**
**Georgetown, TX 78627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,498.00 | $5,498.00 |
|---|---|---|---|---|

**Gary Graser**
**4700 River Place Blvd Apt 1**
**Austin, TX 78730**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $715.40 | $715.40 |
|---|---|---|---|---|

**Geoffrey McNeeley**
**6309 N Ridge Rd**
**Fort Worth, TX 76135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Gregory Ritter**
**5508 Omeara Cove**
**Austin, TX 78747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

Debtor    **U.S. Integrity Funding Group, Inc.**                                  Case number (if known) _____
          _____
          Name

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Heather Cargin**
**5753 Fursman Ave**
**Fort Worth, TX 76114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Heather Scott**
**5913 Paloma Blanca Drive**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Holly Chu**
**3744 Bellaire Blvd**
**Houston, TX 77025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Ian Cardin**
**528 Kelley Court**
**Fort Worth, TX 76120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **U.S. Integrity Funding Group, Inc.**      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 2.111 | Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is: **Unknown** **Unknown**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred      Basis for the claim:

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

| | | |
|---|---|---|
| 2.112 | Priority creditor's name and mailing address<br>**Isaiah  Corpus**<br>**4529 Riptide Ct**<br>**Fort Worth, TX 76135** | As of the petition filing date, the claim is: **$998.00** **$998.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred      Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| | | |
|---|---|---|
| 2.113 | Priority creditor's name and mailing address<br>**Jacinda Johnson**<br>**5120 Cliff Oaks Drive**<br>**Fort Worth, TX 76179** | As of the petition filing date, the claim is: **$2,193.00** **$2,193.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred      Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

---

| | | |
|---|---|---|
| 2.114 | Priority creditor's name and mailing address<br>**Jackson King**<br>**2125 O'Callhan Dr**<br>**Austin, TX 78748** | As of the petition filing date, the claim is: **$2,749.00** **$2,749.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Date or dates debt was incurred      Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number      Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (7)    ☐ Yes

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Jacquelyn Pack**
**6461 Cedar Hollow Dr**
**Dallas, TX 75248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Jakob Hardy**
**5900 Westgate Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,498.00 | $5,498.00 |
|---|---|---|---|---|

**James Moulthrop**
**8100 West Court**
**Austin, TX 78759**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $829.00 | $829.00 |
|---|---|---|---|---|

**Jasiah Pequeno**
**4926 Hialeah Drive**
**Abilene, TX 79606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Cooper High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **U.S. Integrity Funding Group, Inc.**                                        Case number *(if known)* _____
_____
Name

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Jason Beall**
**848 Cats Eye Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Jason Kutac**
**607 Kingfisher Creek Drive**
**Austin, TX 78748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $829.00 | $829.00 |
|---|---|---|---|---|

**Jayvin Gonzales**
**Angela Conzales**
**317 Cornerstone Court**
**Abilene, TX 79602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Cooper High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Jean Fuller**
**5507 Honey Dew Terrace**
**Austin, TX 78759**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **U.S. Integrity Funding Group, Inc.**                    Case number (*if known*) _____
          Name

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer  Haymond**
**5805 Fursman Ave**
**Fort Worth, TX 76114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Gonzalez**
**904 Burton Hill Rd. Apt 175**
**Fort Worth, TX 76114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Haskell**
**900 Matisse Drive #4019**
**Fort Worth, TX 76107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Jennifer Hughbanks**
**6613 Calmont Ave**
**Fort Worth, TX 76116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Jennifer Navarro**
**6909 Meadow Way Ln**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Jennifer Williams**
**5801 Heatherglen Terrace**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,930.00 | $7,930.00 |
|---|---|---|---|---|

**Jenny Kelly**
**1702 Mapleleaf Dr**
**Wylie, TX 75098**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,498.00 | $5,498.00 |
|---|---|---|---|---|

**Jerome LeBlanc**
**7512 St. Phillip St**
**Austin, TX 78757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Jillian Horton**
**18204 Whitewater Cv**
**Round Rock, TX 78681**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,987.00 | $8,987.00 |
|---|---|---|---|---|

**Jim Coffman**
**1675 CR 100**
**Burnet, TX 78611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,830.00 | $9,830.00 |
|---|---|---|---|---|

**John David Grimm**
**5652 Northbrook Dr**
**Plano, TX 75093**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Jorge Ibarra**
**c/o Masterworks Singers**
**Attn:  Morris Stevens Jr., PH.D.**
**944 Oakdale Circle**
**Pflugerville, TX 78702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **U.S. Integrity Funding Group, Inc.**                    Case number (if known) _____
        Name

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Jose Mendoza**
**6044 Shiner Drive**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 | $125.00 |
|---|---|---|---|---|

**Jose Serna**
**6441 Stone Lake Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Jovaun Woods**
**c/o Chisholm Trail High School Choir**
**Attn:  Megan Sisk, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Joydene Ternus**
**8713 Silverhill Lane**
**Austin, TX 78759**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Julia Campos**
**1808 Indian Lodge Dr**
**Cedar Park, TX 78613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Julian Garcia**
**c/o Chisholm Trail High School**
**Band**
**Attn:  Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,452.00 | $3,452.00 |
|---|---|---|---|---|

**Julie Reed**
**c/o Chisholm Trail High School**
**Band**
**Attn:  Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.00 | $334.00 |
|---|---|---|---|---|

**Kashala Aguirre**
**2372 S 32nd**
**Abilene, TX 79605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Cooper High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **U.S. Integrity Funding Group, Inc.**                          Case number (if known) _____

Name

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Kate Wilmore**
**5601 Secco Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $980.00 | $980.00 |
|---|---|---|---|---|

**Katherine Sasser**
**8 Windward Road**
**Fort Worth, TX 76132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Kathleen Rogers**
**99 Elmere Rd**
**Wells, ME 04090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $462.00 | $462.00 |
|---|---|---|---|---|

**Katie Carter**
**5528 Goodman Ave**
**Fort Worth, TX 76107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **U.S. Integrity Funding Group, Inc.**      Case number (if known) _____
<br>Name

| | | |
|---|---|---|
| 2.147 | Priority creditor's name and mailing address<br>**Kelli Schroeder**<br>**5633 Coleto Creek Cir**<br>**Fort Worth, TX 76179** | As of the petition filing date, the claim is: | $998.00 | $998.00 |

**2.147**

Priority creditor's name and mailing address
**Kelli Schroeder**
**5633 Coleto Creek Cir**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$998.00    $998.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.148**

Priority creditor's name and mailing address
**Kevin Bohannon**
**6024 Saddle Bag Dr**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$863.00    $863.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.149**

Priority creditor's name and mailing address
**Kim Francis**
**c/o Chisholm Trail High School Band**
**Attn: Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$863.00    $863.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.150**

Priority creditor's name and mailing address
**Kim O'Neil**
**217 Lakeside Circle**
**Murphy, TX 75094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,915.00    $1,915.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **U.S. Integrity Funding Group, Inc.**       Case number (if known) _____

Name

| | | | |
|---|---|---|---|
| 2.151 | Priority creditor's name and mailing address<br>**Kimberly Lowrey**<br>**683 N. Cliffside Drive**<br>**Fayetteville, AR 72701** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,715.00    $3,715.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Group tour deposit - First United Methodist**<br>**Church - Richardson** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.152 | Priority creditor's name and mailing address<br>**Kimberly Sandoval**<br>**7610 Cameron Rd Apt 1031**<br>**Austin, TX 78752** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $349.00    $349.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Group tour deposit - Masterworks Singers** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.153 | Priority creditor's name and mailing address<br>**Krista White**<br>**6104 Plum Orchard Trail**<br>**Fort Worth, TX 76179** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $863.00    $863.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Group tour deposit - Chisholm Trail High School**<br>**Band** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| 2.154 | Priority creditor's name and mailing address<br>**Kristin Wood**<br>**1800 Ems Rd W**<br>**Fort Worth, TX 76116** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $490.00    $490.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Group tour deposit - Arlington Heights High**<br>**School** | |
| | Last 4 digits of account number | Is the claim subject to offset? | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (7) | ■ No<br>☐ Yes | |

Debtor  **U.S. Integrity Funding Group, Inc.**                              Case number (if known) _____
_____
Name

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,726.00 | $1,726.00 |
|---|---|---|---|---|

**KristySwaim**
**617 Lottie Lane**
**Saginaw, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Kyle  Jordan**
**2608 Museum Way Apt 3418**
**Fort Worth, TX 76107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,330.00 | $8,330.00 |
|---|---|---|---|---|

**Kyle O'Neil**
**777 Custer Rd., Apt. 17-4**
**Richardson, TX 75080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Kyra Williams**
**c/o Chisholm Trail High School Band**
**Attn:  Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor   **U.S. Integrity Funding Group, Inc.**

Name

Case number (if known) _____

---

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**LangstonWinkler**
**6301 Eagles Rest Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Laura  Madrid**
**5425 Stone Mead Ln**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,830.00 | $9,830.00 |
|---|---|---|---|---|

**Laura Boyle**
**3612 White River Dr**
**Dallas, TX 75287**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Laura Valle**
**c/o Chisholm Trail High School**
**Choir**
**Attn:  Megan Sisk, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Lena Salha**
**7111 Montana Norte**
**Austin, TX 78731**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,498.00 | $5,498.00 |
|---|---|---|---|---|

**Leonor Frierson-Stroud**
**7502 Creekbluff Dr**
**Austin, TX 78750**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,388.00 | $3,388.00 |
|---|---|---|---|---|

**Leslie Gutierrez**
**1036 Breeders Cup Drive**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,145.00 | $8,145.00 |
|---|---|---|---|---|

**Lillian Caitlin Molechat**
**15721 Terrace Lawn Circle**
**Dallas, TX 75248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **U.S. Integrity Funding Group, Inc.**                           Case number (if known) _____
_____
Name

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Lindsey Wright**
**c/o Chisholm Trail High School**
**Band**
**Attn:  Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Lisa Brugh Dieckmann**
**6008 Walley Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Choir**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,726.00 | $1,726.00 |
|---|---|---|---|---|

**Lisa Quortrup**
**6112 Horse Trap Drive**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Lizabeth Roman**
**6324 Ferncreek Lane**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Choir**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **U.S. Integrity Funding Group, Inc.** _____  Case number (if known) _____

Name

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $829.00 | $829.00 |
|---|---|---|---|---|

**Logan Hamilton**
**2217 Castle Dr**
**Clyde, TX 79510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Cooper High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,489.00 | $3,489.00 |
|---|---|---|---|---|

**Louis Brusatti**
**4704 Sunset Trail, #3103**
**Austin, TX 78745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,242.00 | $2,242.00 |
|---|---|---|---|---|

**Magdalena Ripley**
**5804 World Champion Ct**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maine Revenue Service**
**PO Box 9101**
**Augusta, ME 04332-9101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Mallory Bownds**
**6349 Eagles Rest Drive**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.00 | $2,230.00 |
|---|---|---|---|---|

**Marett Hanes**
**8770 Birmingham Dr**
**Austin, TX 78748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Maria Camacho-Romero**
**5704 Calf Creek Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Maria Sierra**
**808 Arcadia St**
**Saginaw, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **U.S. Integrity Funding Group, Inc.**                    Case number *(if known)* _____
        _____
        Name

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,015.00 | $3,015.00 |
|---|---|---|---|---|

**Marianne Howell**
**411 Forest Grove**
**Richardson, TX 75080**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Mark Stern**
**4700 Cromwell Dr, Apt 4308**
**Kyle, TX 78640**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Marni Roberson**
**7116 magenta Lane**
**Austin, TX 78739**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Martha Kuhl**
**602 Stansted Manor Drive**
**Pflugerville, TX 78660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **U.S. Integrity Funding Group, Inc.**          Case number (if known) _____

Name

---

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|
| | **Martha Zornes** | Check all that apply. | | |
| | **2409 Bryan St** | ☐ Contingent | | |
| | **Austin, TX 78702** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Group tour deposit - Masterworks Singers** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|
| | **Mary A Chacon** | Check all that apply. | | |
| | **10438 Seawood** | ☐ Contingent | | |
| | **El Paso, TX 79925** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Group tour deposit - Masterworks Singers** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|
| | **Mary Ellen Szuwalski** | Check all that apply. | | |
| | **3604 University Blvd** | ☐ Contingent | | |
| | **Dallas, TX 75205** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Group tour deposit - First United Methodist Church - Richardson** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_) | ■ No | | |
| | | ☐ Yes | | |

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|
| | **Mary Kathryn Sahs** | Check all that apply. | | |
| | **PO Box 40970** | ☐ Contingent | | |
| | **Austin, TX 78704** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Group tour deposit - Masterworks Singers** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_7_) | ■ No | | |
| | | ☐ Yes | | |

---

Debtor **U.S. Integrity Funding Group, Inc.**                Case number (if known) _____
_____
Name

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,460.00 | $4,460.00 |
|---|---|---|---|---|

**Mary Shack**
**4410 Bellvue Avenue**
**Austin, TX 78756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $306.00 | $306.00 |
|---|---|---|---|---|

**Mashawnda Sennet**
**629 Granite Ridge Drive**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Masterworks Singers**
**H. Morris Stevens, Jr., Ph.D.**
**902 Oakdale Circle**
**Pflugerville, TX 78660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Organizer of June 6, 2023 canceled trip**
**Individuals involved in trip are noticed separately**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,242.00 | $2,242.00 |
|---|---|---|---|---|

**Mel Kapavik**
**6105 Cobbetts Pond Lane**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor    **U.S. Integrity Funding Group, Inc.**                     Case number (if known) _____
          _____
          Name

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,589.00 | $2,589.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Melanie Bridges**
**c/o Chisholm Trail High School**
**Band**
**Attn:  Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is: $2,589.00 $2,589.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**Michael  Gianotti**
**c/o Masterworks Singers**
**Attn:  Morris Stevens Jr., PH.D.**
**940 Oakdale Circle**
**Pflugerville, TX 78698**

2.192

As of the petition filing date, the claim is: $3,239.00 $3,239.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**Michael Bransford**
**1005 Silver Spur Ln**
**Fort Worth, TX 76179**

2.193

As of the petition filing date, the claim is: $420.20 $420.20
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Priority creditor's name and mailing address
**Michael Dean**
**2201 Double Oak Ct**
**Bedford, TX 76021**

2.194

As of the petition filing date, the claim is: $3,180.00 $3,180.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Outstanding commissions**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Michael Thompson**
**1072 Silver Spur Ln**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Michelle Sanderson**
**6012 Westgate Drive**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Michelle Trammell**
**6420 Woodcreek Trail**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,830.00 | $9,830.00 |
|---|---|---|---|---|

**Mike Lightfoot**
**3608 Fairlands**
**Richardson, TX 75082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor    **U.S. Integrity Funding Group, Inc.**                    Case number (if known) _____
_____
Name

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Miranda Kneisel**
**c/o Chisholm Trail High School**
**Band**
**Attn:  Derrick Doyle, Director**
**3100 NW College Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Molly O'Neal**
**317 Bonaire Ct**
**Austin, TX 78738**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Monica  Leffler**
**6533 Dakar RD W**
**Fort Worth, TX 76116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Monica Adcock**
**7201 Old Decatur Rd, Apt 502**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $863.00 | $863.00 |
|---|---|---|---|---|

**Monica St. John**
**7916 Bal Harbour Ct**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | Unknown | Unknown |
|---|---|---|---|---|

**New Hampshire Dept of Revenue Admin**
**Collection Division**
**PO Box 454**
**Concord, NH 03301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $490.00 | $490.00 |
|---|---|---|---|---|

**Odessa Gallia**
**3828 Pershing**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $980.00 | $980.00 |
|---|---|---|---|---|

**Olga Romo**
**c/o Arlington Heights High School**
**Attn:  Scott Tilley, Director**
**4501 West Fwy**
**Fort Worth, TX 76107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor   **U.S. Integrity Funding Group, Inc.**                    Case number (if known) _____
_____
        Name

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,498.00 | $5,498.00 |
|---|---|---|---|---|

**Oralia Guerrero**
**5213 Dry Wells Rd**
**Austin, TX 78749**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Paloma Pulido**
**3604 College Ave**
**Fort Worth, TX 76110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.00 | $2,230.00 |
|---|---|---|---|---|

**Pamela Dowd**
**13021 Legendary Drive**
**Austin, TX 78727**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Pamela Rugg**
**88 Nashua Rd**
**Londonderry, NH 03053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Parker Hornsby**
**1252 Goodland Ter**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,498.00 | $5,498.00 |
|---|---|---|---|---|

**Patricia Jacobs**
**1009 Reagan Terrace**
**Austin, TX 78704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Paul Randall**
**5101 Waterford Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Paula Evans**
**9924 Edmund Drive**
**Benbrook, TX 76126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor    **U.S. Integrity Funding Group, Inc.**                    Case number (if known) _____
_____
Name

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,247.00 | $4,247.00 |
|---|---|---|---|---|

**Paula Jean Stevens**
**902 Oakdale Circle**
**Pflugerville, TX 78660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,489.00 | $3,489.00 |
|---|---|---|---|---|

**Peter Jacobs**
**923 Timber Trail**
**Cedar Park, TX 78613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,830.00 | $9,830.00 |
|---|---|---|---|---|

**Philip Longacre**
**6622 Dupper Drive**
**Dallas, TX 75252**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,046.00 | $15,150.00 |
|---|---|---|---|---|

**Randy Talley**
**2721 Oak Springs Drive**
**Garland, TX 75044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Outstanding commissions**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Rebecca Matzen**
**312 Woodrose Dr.**
**Fort Worth, TX 76111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Rebecca Pulido**
**4113 Lisbon Street**
**Fort Worth, TX 76107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,854.00 | $1,854.00 |
|---|---|---|---|---|

**Reece Kingcade**
**3117 S 22nd Street**
**Abilene, TX 79605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Cooper High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.00 | $2,230.00 |
|---|---|---|---|---|

**Richard A Metzger**
**1000 Liberty Park Dr #102**
**Austin, TX 78746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Rita Ibrahim**
**713 Rose Ln**
**Twin Peaks, CA 92391**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Rita Parrish**
**1606 Aurora Dr**
**Richardson, TX 75081**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Robert Boggs**
**c/o Arlington Heights High School**
**Attn: Scott Tilley, Director**
**4501 West Fwy**
**Fort Worth, TX 76107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Robert Marshall**
**6464 Spring Ranch Drive**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **U.S. Integrity Funding Group, Inc.**        Case number (if known) _____

Name

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.00 | $2,230.00 |
|---|---|---|---|---|

**Robert Straiton**
**9900 McNeil Dr, Apt 2106**
**Austin, TX 78750**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Robyn Pereira**
**2121 O'Callahan Dr**
**Austin, TX 78748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,898.00 | $1,898.00 |
|---|---|---|---|---|

**Ronda Nyberg**
**821 Grace Ln**
**Saginaw, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Rosa Chacon**
**6208 Cobbetts Pond Ln**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **U.S. Integrity Funding Group, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 2.231 | Priority creditor's name and mailing address<br>**Rosemary Hoogerwerf**<br>**5108 Wedgewood Dr**<br>**Garland, TX 75043** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$3,715.00    $3,715.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.232 | Priority creditor's name and mailing address<br>**Rubi Ramirez**<br>**c/o Chisholm Trail High School Band**<br>**Attn:  Derrick Doyle, Director**<br>**3100 NW College Dr**<br>**Fort Worth, TX 76179** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$863.00    $863.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.233 | Priority creditor's name and mailing address<br>**Rylee Karber**<br>**5877 Pearl Oyster Ln**<br>**Fort Worth, TX 76179** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$998.00    $998.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| | | |
|---|---|---|
| 2.234 | Priority creditor's name and mailing address<br>**Ryleigh Rush**<br>**c/o Chisholm Trail High School Band**<br>**Attn:  Derrick Doyle, Director**<br>**3100 NW College Dr**<br>**Fort Worth, TX 76179** | As of the petition filing date, the claim is:<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$863.00    $863.00

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.235** | Priority creditor's name and mailing address
**Sara Fields-Pack**
**5901 Trout Drive**
**Fort Worth, TX 76179**

As of the petition filing date, the claim is:          **$863.00** | **$863.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.236** | Priority creditor's name and mailing address
**Sara Radebaugh**
**c/o Masterworks Singers**
**Attn:  Morris Stevens Jr., PH.D.**
**936 Oakdale Circle**
**Pflugerville, TX 78694**

As of the petition filing date, the claim is:          **$2,749.00** | **$2,749.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.237** | Priority creditor's name and mailing address
**Sara Reyero**
**1048 Westgrove Dr**
**Saginaw, TX 76179**

As of the petition filing date, the claim is:          **$863.00** | **$863.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.238** | Priority creditor's name and mailing address
**Sarah Mugoya**
**6628 Jennings Drive**
**Abilene, TX 79606**

As of the petition filing date, the claim is:          **$829.00** | **$829.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Cooper High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor  **U.S. Integrity Funding Group, Inc.**                                    Case number (if known)
_____
Name

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,191.00 | $3,191.00 |
|---|---|---|---|---|

**Scott Velasquez**
**5616 Wills Creek Lane**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,726.00 | $1,726.00 |
|---|---|---|---|---|

**Shannon Stine**
**5900 Lamb Creek Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Sharon King**
**4004 Williams Rd**
**Benbrook, TX 76116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Sharon Leal**
**5028 Coral Creek**
**Fort Worth, TX 76135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

Debtor  **U.S. Integrity Funding Group, Inc.**                          Case number (if known) _____
_____
Name

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Sheri Brown**
**824 N Bailey Ave**
**Fort Worth, TX 76107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Sierra Youngbird**
**5517 Tuxbury Pond Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Stephanie  Morales**
**6328 Spring Ranch Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Stephanie Allred**
**4933 Waterford Dr**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.00 | $2,230.00 |
|---|---|---|---|---|

**Stephanie Klaskin**
**c/o Masterworks Singers**
**Attn:  Morris Stevens Jr., PH.D.**
**949 Oakdale Circle**
**Pflugerville, TX 78707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Stephanie Tribble**
**6036 Grand Champion Blvd**
**Fort Worth, TX 76179**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School**
**Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,715.00 | $3,715.00 |
|---|---|---|---|---|

**Susan Ellingburg**
**4901 Basil Dr**
**McKinney, TX 75070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,715.00 | $3,715.00 |
|---|---|---|---|---|

**Susan McCoy**
**8749 Southwestern Blvd #3204**
**Dallas, TX 75206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **U.S. Integrity Funding Group, Inc.**      Case number (if known) _____

---

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.00 | $349.00 |

**Susan Neff**
**809 Champions Point Dr**
**Pflugerville, TX 78660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |

**Suzanne Rogers**
**5508 Omeara Cove**
**Austin, TX 78747**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,484.00 | $5,484.00 |

**Syd Wyatt**
**13665 Rawhide Pkwy**
**Farmers Branch, TX 75234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist**
**Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,489.00 | $3,489.00 |

**Tami Cole**
**4324 Scales Street**
**Austin, TX 78723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **U.S. Integrity Funding Group, Inc.**                        Case number (if known) _____
_____
Name

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Tammi Patil**
**640 Creek Point Dr**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $476.00 | $476.00 |
|---|---|---|---|---|

**Tashika Smith**
**2312 Cass Street**
**Fort Worth, TX 76112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Teresa Cardoza**
**6321 Bay Lake Drive**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,830.00 | $9,830.00 |
|---|---|---|---|---|

**Terry Parsons**
**331 East Tyler Street**
**Richardson, TX 75081**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **U.S. Integrity Funding Group, Inc.** _____ Case number (if known) _____

Name

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,690.00 | $6,690.00 |
|---|---|---|---|---|

**Timothy Hissam**
**13809 Ceylon Tea Circle**
**Attn: Morris Stevens Jr., PH.D.**
**922 Oakdale Circle**
**Pflugerville, TX 78660**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,035.00 | $1,035.00 |
|---|---|---|---|---|

**Tina Vasquez**
**4122 Bugbee St Apt 2324**
**Fort Worth, TX 76116**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,915.00 | $4,915.00 |
|---|---|---|---|---|

**Treva Browning Smutz**
**8070 Frankford Rd, apt 422**
**Dallas, TX 75252**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - First United Methodist Church - Richardson**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Troy Duley**
**5928 Secco Dr**
**Fort Worth, TX 76179**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor   **U.S. Integrity Funding Group, Inc.**                     Case number (if known) _____
_____
Name

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $998.00 | $998.00 |
|---|---|---|---|---|

**Ty Williams**
**900 Matisse Dr Apt 3012**
**Fort Worth, TX 76107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Choir**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Vanessa Enriquez**
**1021 Springwood Dr**
**Saginaw, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $664.00 | $664.00 |
|---|---|---|---|---|

**Verna Spain**
**417 Benjamin Ln**
**Abilene, TX 79605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Cooper High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Veronica Marquez**
**5424 Woodway Dr**
**Fort Worth, TX 76133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,761.00 | $2,761.00 |
|---|---|---|---|---|

**Veronica Salinas**
**6612 Basswood Drive**
**Fort Worth, TX 76135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Victor Soto**
**254 N State Hwy 360 Apt #10201**
**Mansfield, TX 76063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 | $2,749.00 |
|---|---|---|---|---|

**Virginia Volpe**
**c/o Masterworks Singers**
**Attn: Morris Stevens Jr., PH.D.**
**937 Oakdale Circle**
**Pflugerville, TX 78695**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Masterworks Singers**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.270 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Wendy Hatfield**
**6705 Cresmont Ct**
**Fort Worth, TX 76133**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **U.S. Integrity Funding Group, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.271 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Yoneli Morales**
**5725 Country Valley Ln**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.272 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $490.00 | $490.00 |
|---|---|---|---|---|

**Yvonne Duque**
**5500 Fursman**
**Fort Worth, TX 76114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Arlington Heights High School**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.273 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Zachary Daniels**
**5029 Coral Creek Dr**
**Fort Worth, TX 76135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $863.00 | $863.00 |
|---|---|---|---|---|

**Zada Mogeni**
**5621 Sleepy Creek Ln**
**Fort Worth, TX 76179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Group tour deposit - Chisholm Trail High School Band**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Debtor  **U.S. Integrity Funding Group, Inc.**                    Case number (if known) _____
      Name

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$158,352.34** |
|---|---|---|---|

**American Express**
P.O. Box 297800
**Fort Lauderdale, FL 33329-7800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Gold Rewards Card**

Last 4 digits of account number **3000**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**American Express**
P.O. Box 297800
**Fort Lauderdale, FL 33329-7800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business Platinum Card**

Last 4 digits of account number **4009**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$141.34** |

**American Express**
P.O. Box 297800
**Fort Lauderdale, FL 33329-7800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Delta Gold Business Card**

Last 4 digits of account number **2004**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**AscensionPoint Recovery Services, LLC**
**200 Coon Rapids Blvd, Suite 210**
**Coon Rapids, MN 55433-5876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Business debt**

Last 4 digits of account number **5213**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,950.12** |

**Capital One**
**PO Box 815**
**Minneapolis, MN 55440-0815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Credit card debt**

Last 4 digits of account number **3748**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,061.25** |

**Capital One**
**PO Box 815**
**Minneapolis, MN 55440-0815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Credit card debt**

Last 4 digits of account number **0393**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Capital One**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Credit card debt**

Last 4 digits of account number **0695**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **U.S. Integrity Funding Group, Inc.** _____ Case number (if known) _____
Name

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$124,198.34** |

**Celtic Horizon Tours**
**Unit 5, Block G**
**Maynooth Business Park**
**Maynooth**
**Co. Kildare**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,095.67** |

**Chase Ink**
**PO Box 15298**
**Wilmington, DE 19850-5298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Credit card debt**

Last 4 digits of account number  **6531**

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,200.00** |

**Drury Inn and Suites Amarillo**
**8540 West Interstate 40**
**Amarillo, TX 79106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,757.00** |

**Holiday Inn Colorado Springs Airport**
**1855 Aeroplaza Drive**
**Colorado Springs, CO 80916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,163.70** |

**Hyatt Memphis**
**1220 Primacy Pkwy**
**Memphis, TN 38119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**John Sabol**
**151 Webster Mills Road**
**Chichester, NH 03258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Prior owner of Debtor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,700.00** |

**McKinney North Choir and Orch**
**2550 Wilmeth Rd**
**McKinney, TX 75071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Business debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor  **U.S. Integrity Funding Group, Inc.**                                    Case number *(if known)* _____
_____
Name

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,604.10** |
|---|---|---|---|

**Six Flags Fiesta**
**17000 1H-10**
**San Antonio, TX 78257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,231.07** |
|---|---|---|---|

**Spring Hill Suites by Marriott**
**309 Coonado Dr**
**Clearwater Beach, FL 33767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,778.05** |
|---|---|---|---|

**Step On Guides**
**2-56 rue sous-leFort**
**Quebec, QC G1K 4G8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stephen Matera**
**c/o Levin Law Firm**
**11620 Wilshire Blvd, Suite 850**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Claim of infringement and violation of the Digital Millenium Copyright Act**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Stony Point High School**
**1801 Tiger Trail**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,857.60** |
|---|---|---|---|

**Tour Team Travel**
**PO Box 441**
**Hamburg, NJ 07419**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Commission due for SHOWA 2023**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Travelers**
**Premium Audit**
**PO Box 2927**
**Hartford, CT 06104-2927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Business insurance**

Last 4 digits of account number  **907A**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **U.S. Integrity Funding Group, Inc.**

Name

Case number (if known) _____

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,045.99 |
|------|-----------------------------------------------|-----------------------------------------------------------------|------------|

**WeTravel Inc.**
**101 Mission Street, Suite 1115**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business debt involved in disputes as a result of canceled trips**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|--------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|------|-------------------------|--------------------------------------------------------------------------|------------------------------------------|
| 4.1 | **Richard P. Olson, Esq.**<br>**Curtis Thaxter**<br>**PO Box 7320**<br>**Portland, ME 04112** | Line **2.99**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| **5a. Total claims from Part 1** | 5a. | $            614,498.60 |
| **5b. Total claims from Part 2** | 5b. + | $            492,636.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $       1,107,135.17 |

**Fill in this information to identify the case:**

Debtor name  **U.S. Integrity Funding Group, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest   **10 year Lease agreement between U.S. Integrity Funding Group, Inc. and John Sabol.  Initiated 9/1/2014. When initiated, John Sabol was also president of U.S. Integrity Funding Group, Inc.** | |
| State the term remaining  **Ends 08/31/2024** | **John Sabol** |
| List the contract number of any government contract  _____ | **151 Webster Mills Road Chichester, NH 03258** |

**Fill in this information to identify the case:**

Debtor name     **U.S. Integrity Funding Group, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF NEW HAMPSHIRE

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Estate of Robert Graffam | PO Box 475<br>Moody, ME 04054 | Capital One | ☐ D _____<br>■ E/F __3.5__<br>☐ G _____ |
| 2.2 | Estate of Robert Graffam | PO Box 475<br>Moody, ME 04054 | Capital One | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |
| 2.3 | Estate of Robert Graffam | PO Box 475<br>Moody, ME 04054 | AscensionPoint Recovery Services, LLC | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.4 | Estate of Robert Graffam | PO Box 475<br>Moody, ME 04054 | Bangor Savings Bank | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Robert Graffam | PO Box 475<br>Moody, ME 04054 | John Sabol | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

Debtor    **U.S. Integrity Funding Group, Inc.**                              Case number *(if known)* _____

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

**Fill in this information to identify the case:**

Debtor name **U.S. Integrity Funding Group, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW HAMPSHIRE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................ $ **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................. $ **827,999.58**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................................. $ **827,999.58**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ **0.00**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ **614,498.60**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ **492,636.57**

4. Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b

    $ **1,107,135.17**

**Fill in this information to identify the case:**

Debtor name    **U.S. Integrity Funding Group, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW HAMPSHIRE

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **September 22, 2023**    X **/s/ Kathleen Rogers**
                                                        Signature of individual signing on behalf of debtor

                                                    **Kathleen Rogers**
                                                    Printed name

                                                    **Treasurer of Debtor and PR of Estate of Robert Graffam**
                                                    Position or relationship to debtor

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Hampshire

In re    **U.S. Integrity Funding Group, Inc.**                                    Case No.
                                          Debtor(s)                Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **25,000.00** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **0.00** |

2.    $ **0.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

5.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]
          **Analysis of the debtor's financial situation, and rendering advice to the debtor in
          determining whether to file a petition in bankruptcy; preparation and filing of any petition, schedules, statements
          of affairs, and any amendments thereto which may be required; prepare for and confer with the debtor about the
          meeting of the creditors; representation of the debtor at the meeting of creditors (including any continued
          meeting of creditors) and provide any follow-up information to the Chapter 7 trustee, or office of the United
          States Trustee as requested.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtor in judicial lien avoidances, relief from stay actions or any other adversary
          proceeding.**

---

### CERTIFICATION

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **September 22, 2023** | **/s/ Gregory A. Moffett** |
| *Date* | **Gregory A. Moffett 1998** |
| | *Signature of Attorney* |
| | **Preti Flaherty, LLP** |
| | **PO Box 1318** |
| | **Concord, NH 03302-1318** |
| | **603-410-1525   Fax: 603-410-1501** |
| | **gmoffett@preti.com** |
| | *Name of law firm* |

# United States Bankruptcy Court
### District of New Hampshire

In re __U.S. Integrity Funding Group, Inc._____

Case No. _____

_____ Debtor(s)

Chapter __7_____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __U.S. Integrity Funding Group, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Estate of Robert Graffam**
**PO Box 475**
**Moody, ME 04054**
_____

☐ None [*Check if applicable*]

**September 22, 2023**
_____
Date

**/s/ Gregory A. Moffett**
_____
**Gregory A. Moffett 1998**
Signature of Attorney or Litigant
Counsel for   **U.S. Integrity Funding Group, Inc.**
_____
**Preti Flaherty, LLP**
**PO Box 1318**
**Concord, NH 03302-1318**
**603-410-1525 Fax:603-410-1501**
**gmoffett@preti.com**

**United States Bankruptcy Court**
**District of New Hampshire**

In re **U.S. Integrity Funding Group, Inc.** _____   Case No. _____

_____ Debtor(s)   Chapter   **7** _____

# VERIFICATION OF CREDITOR MAILING LIST

      The above named debtor hereby certifies under penalty of perjury that the attached master mailing list of creditors, consisting of __**24**__ pages is complete, correct and consistent with the debtor's schedules pursuant to LBRs and assumes all responsibility for errors and omissions.

Date:  **September 22, 2023** _____

**/s/ Kathleen Rogers** _____
Debtor Signature
**Kathleen Rogers**
Print Name
Address    **99 Elmere Rd**
**Wells ME 04090-0000**
Tel. No. _____

LBF 1007-2 (Eff. 11/1/16)

Aaron Cuppett
6306 Basswood Dr
Fort Worth, TX 76135

Abel Vasquez
6205 Stone Lake Dr
Fort Worth, TX 76179

Ada Peralta
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Adam Valdez
5864 Barrier Reef Dr
Fort Worth, TX 76179

Aimee Seaton
5832 Lamb Creek Dr
Fort Worth, TX 76179

Alan Heptinstall
4039 Byers Ave
Fort Worth, TX 76107

Alejandro Castaneda
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Alicia Owens
PO Box 1744
Midlothian, TX 76065

Alvaro Hernandez
4728 Spoon Drift Drive
Fort Worth, TX 76135

Amanda Ford
5813 Barrier Reef Dr
Fort Worth, TX 76179

Amanda Ray
5520 Creekwood Dr. Apt. 2084
Benbrook, TX 76109

Amanda Stone
12215 Hunters Chase Dr Apt 6302
Austin, TX 78729

Amanda Zarbock
5828 Taylorsville Dr
Fort Worth, TX 76179

Amari Morales
3240 river lodge trail south apt 321
Fort Worth, TX 76116

Amber Cook
c/o Chisholm Trail High School Choir
Attn: Megan Sisk, Director
3100 NW College Dr
Fort Worth, TX 76179

Amber-Nicole McIntire
7304 Rankin Trail
Austin, TX 78729

American Express
P.O. Box 297800
Fort Lauderdale, FL 33329-7800

Ana Resendiz
5529 Mclanahan Ln.
Crowley, TX 76036

Andrew Valdez
5864 Barrier Reef Dr
Fort Worth, TX 76179

Angelique Little
824 Sky Creek Court
Saginaw, TX 76179

Ann Marie Seutter
5648 Giddyup Lane
Fort Worth, TX 76179

Ann McGovern
7604 Vineyard Dr
Plano, TX 75025

Ann Winkelmann
3009 Waterside Ct
Garland, TX 75044

Annie Benson
8001 West Highway 71 Apt E103
Austin, TX 78735

AnnMarie Olson
3032 Thrushwood Drive
Austin, TX 78757

Arlington Heights High School
Mr. Scott Tilley, Director
4501 West Fwy
Fort Worth, TX 76107

AscensionPoint Recovery Services, LLC
200 Coon Rapids Blvd, Suite 210
Coon Rapids, MN 55433-5876

Ashley Li
4941 Galley Circle
Fort Worth, TX 76135

Bangor Savings Bank
69 Route 101A
Amherst, NH 03031

Bangor Savings Bank
PO Box 930
Bangor, ME 04402

Barb Johnson
1905 Spring Hollow Path
Round Rock, TX 78681

Barbara Leonard
1309 Madeline Pl
Fort Worth, TX 76107

Bekah Elizalde
c/o Arlington Heights High School
Attn: Scott Tilley, Director
4501 West Fwy
Fort Worth, TX 76107

Ben Sasser
6033 Shiner Dr
Fort Worth, TX 76179

Billie Jo Wokaly
4952 Creek Ridge Trail
Fort Worth, TX 76179

Billy Brothers
5514 Nueces Bay Dr
Rowlett, TX 75089

Billy Talley
440 Olsen Blvd
Amarillo, TX 79106

Blessing Odogujeh
5444 Ayers Island Dr
Fort Worth, TX 76179

Brayden Althaus
c/o Cooper High School
3639 Sayles Blvd
Abilene, TX 79605

Brenda  Roden
236 Hialeah Park Street
Saginaw, TX 76179

Brenda Ciardiello
3425 Hamilton Ave
Fort Worth, TX 76107

Brian Alen
1124 Trammell Dr
Benbrook, TX 76126

Brittane Carter
6653 Fitzgerald St
Fort Worth, TX 76179

Brittany Young
5249 Foxmoor Court
Abilene, TX 79605

Bruce and Susan Boyle
6230 Oakleaf Rd
Dallas, TX 75248

Capital One
PO Box 815
Minneapolis, MN 55440-0815

Capital One
PO Box 30285
Salt Lake City, UT 84130-0285

Carmencita Esteve
12615 Cinchring Lane
Austin, TX 78727

Carol Givens
113 Big Willow Ct
Saginaw, TX 76179

Carol Kemp
8102 Greenslope Dr
Austin, TX 78759

Casey Davis
705 Parkwest Blvd
Saginaw, TX 76179

Casey Harrison
2145 Ironside Dr
Plano, TX 75075

```
Catherine Munoz
c/o Chisholm Trail High School Band
Attn:  Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Celtic Horizon Tours
Unit 5, Block G
Maynooth Business Park
Maynooth
Co. Kildare

Cesar Vargas
102 Sparkling Ct Apt 2
Vine Grove, KY 40175

Chase Ink
PO Box 15298
Wilmington, DE 19850-5298

Cherrelle Tillis
508 Hummingbird Tr
Crowley, TX 76036

Cheryl Alvarado
1307 Olympus Drive
Austin, TX 78733

Cheryl Pyle
1206 Barrington Drive
Austin, TX 78753

Cheryl Winnenberg
7039 Gateridge Dr
Dallas, TX 75254

Chisholm Trail High School Band
Mr. Derrick Doyle, Band Director
3100 NW College Drive
Fort Worth, TX 76179

Chisholm Trail High School Choir
Ms. Megan Sisk, Choir Director
3100 NW College Drive
Fort Worth, TX 76179

Christina White
6173 Tilapia Drive
Fort Worth, TX 76179

Christina Winchester
6352 Ferncreek Ln
Fort Worth, TX 76179
```

Cindy Mason
5928 Minnow Dr
Fort Worth, TX 73179

Claudette Cole
821 Sky Creek Ct
Saginaw, TX 76179

Clayton Oliphant
c/o First United Methodist Church of Ric
Attn: Michael Lightfoot, Director
503N. Central Expressway
Richardson, TX 75080

Clemente Guzman
1913 Skyline Dr
Fort Worth, TX 76114

Connie McSpadden
605 W Arapaho
Richardson, TX 75080

Cooper High School
3639 Sayles Blvd
Abilene, TX 79605

Corinne Bryan
9618 Lanshire Dr
Dallas, TX 75238

Cory Newby
5801 Watts Bar Ct
Fort Worth, TX 76179

Courtnery Spurrier
5521 Donnelly Ave
Fort Worth, TX 76107

Courtney Summers
709 Edgefield Rd
Fort Worth, TX 76107

Cristina Hernandez
2865 Watermark Dr Apt 1313
Fort Worth, TX 76135

Crystal Flores
5616 Wills Creek Lane
Fort Worth, TX 76179

Curtis Lowrey
625 Main St, #641
New York, NY 10044

Cyleigh Malone
5873 Trigg Sr
Fort Worth, TX 76114

Cynthia DePrang
9001 Viking
Austin, TX 78758

Cynthia Hager
1000 Liberty Park Dr #102
Austin, TX 78746

Dakota Hoffman-Pohlman
948 Jockey Club Ln
Fort Worth, TX 76179

Dana ivy
4505 Mizzenmast Ct
Fort Worth, TX 76135

Dana Taipale
10503 Floral Park Drive
Austin, TX 78759

David Casteel
c/o Mike Lightfoot
First UMC Richardson
503 North Central Exp
Richardson, TX 75080

David Estrada
5188 Gold Basin Rd
Fort Worth, TX 76179

Deanna Alexson
6069 Beachview Lane
Fort Worth, TX 76179

Debbie Ramkissoon
5504 Volder Drive
Fort Worth, TX 76114

Debra Maxwell
2301 Oak Forest Dr
Garland, TX 75042

Denise  Castillo
3509 W Boyce Ave
Fort Worth, TX 76133

Diana Carlton
1110 Glendale
Abilene, TX 79605

Donna Gervase
7501 Shadowridge Run #154
Austin, TX 78749

Dorothy Jean Gibson
683 North Cliffside Dr
Fayetteville, AR 72701

Doug Findley
7607 Applecross Lane
Dallas, TX 75248

Drury Inn and Suites Amarillo
8540 West Interstate 40
Amarillo, TX 79106

Eddie Munoz
c/o Cooper High School
3639 Sayles Blvd
Abilene, TX 79605

Edelmira Trancoso
6382 Twilight Circle
Fort Worth, TX 76179

Elba Soto
804 Western Star Dr
Fort Worth, TX 76179

Elianna Montelongo
6213 N Hill Ln
Fort Worth, TX 76135

Elizabeth Danze
4724 Twin Valley Drive
Austin, TX 78731

Elliot  Gonzalez
c/o Chisholm Trail High School Band
Attn:  Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Emily Vickers
c/o Chisholm Trail High School Choir
Attn:  Megan Sisk, Director
3100 NW College Dr
Fort Worth, TX 76179

Eric Czechowski
5706 Hathaway Dr
Parker, TX 75002

Estate of Robert Graffam
PO Box 475
Moody, ME 04054

Eugene Parrish
1606 Aurora Dr
Richardson, TX 75081

Evangeline Carney
2606 Columbus Ave
Fort Worth, TX 76164

Everett Lunning
10101 Annie Oakley Trail
Austin, TX 78753

Fabiola Estrada
400 Wofford Way
Saginaw, TX 76179

Fernando  Galvan
10141 Chapel Glen Terrace
Fort Worth, TX 76116

First United Methodist Church-Richardson
Mr. Michael Lightfoot, Dir of Music Min
503 North Central Expressway
Richardson, TX 75080

Freda Hanley
1503 Amesbury Drive
Richardson, TX 75082

Gabe Ramos
5081 Village St Ct
Fort Worth, TX 76179

Gabriela Flores
5861 Holloway St
Westworth Village, TX 76114

Gary Goethe
PO Box 591
Georgetown, TX 78627

Gary Graser
4700 River Place Blvd Apt 1
Austin, TX 78730

Geoffrey McNeeley
6309 N Ridge Rd
Fort Worth, TX 76135

Gregory Ritter
5508 Omeara Cove
Austin, TX 78747

Heather Cargin
5753 Fursman Ave
Fort Worth, TX 76114

Heather Scott
5913 Paloma Blanca Drive
Fort Worth, TX 76179

Holiday Inn Colorado Springs Airport
1855 Aeroplaza Drive
Colorado Springs, CO 80916

Holly Chu
3744 Bellaire Blvd
Houston, TX 77025

Hyatt Memphis
1220 Primacy Pkwy
Memphis, TN 38119

Ian Cardin
528 Kelley Court
Fort Worth, TX 76120

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Isaiah  Corpus
4529 Riptide Ct
Fort Worth, TX 76135

Jacinda Johnson
5120 Cliff Oaks Drive
Fort Worth, TX 76179

Jackson King
2125 O'Callhan Dr
Austin, TX 78748

Jacquelyn Pack
6461 Cedar Hollow Dr
Dallas, TX 75248

Jakob Hardy
5900 Westgate Dr
Fort Worth, TX 76179

James Moulthrop
8100 West Court
Austin, TX 78759

Jasiah Pequeno
4926 Hialeah Drive
Abilene, TX 79606

Jason Beall
848 Cats Eye Dr
Fort Worth, TX 76179

Jason Kutac
607 Kingfisher Creek Drive
Austin, TX 78748

Jayvin Gonzales
Angela Conzales
317 Cornerstone Court
Abilene, TX 79602

Jean Fuller
5507 Honey Dew Terrace
Austin, TX 78759

Jennifer  Haymond
5805 Fursman Ave
Fort Worth, TX 76114

Jennifer Gonzalez
904 Burton Hill Rd. Apt 175
Fort Worth, TX 76114

Jennifer Haskell
900 Matisse Drive #4019
Fort Worth, TX 76107

Jennifer Hughbanks
6613 Calmont Ave
Fort Worth, TX 76116

Jennifer Navarro
6909 Meadow Way Ln
Fort Worth, TX 76179

Jennifer Williams
5801 Heatherglen Terrace
Fort Worth, TX 76179

Jenny Kelly
1702 Mapleleaf Dr
Wylie, TX 75098

Jerome LeBlanc
7512 St. Phillip St
Austin, TX 78757

Jillian Horton
18204 Whitewater Cv
Round Rock, TX 78681

Jim Coffman
1675 CR 100
Burnet, TX 78611

John David Grimm
5652 Northbrook Dr
Plano, TX 75093

John Sabol
151 Webster Mills Road
Chichester, NH 03258

Jorge Ibarra
c/o Masterworks Singers
Attn: Morris Stevens Jr., PH.D.
944 Oakdale Circle
Pflugerville, TX 78702

Jose Mendoza
6044 Shiner Drive
Fort Worth, TX 76179

Jose Serna
6441 Stone Lake Dr
Fort Worth, TX 76179

Jovaun Woods
c/o Chisholm Trail High School Choir
Attn: Megan Sisk, Director
3100 NW College Dr
Fort Worth, TX 76179

Joydene Ternus
8713 Silverhill Lane
Austin, TX 78759

Julia Campos
1808 Indian Lodge Dr
Cedar Park, TX 78613

Julian Garcia
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Julie Reed
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Kashala Aguirre
2372 S 32nd
Abilene, TX 79605

Kate Wilmore
5601 Secco Dr
Fort Worth, TX 76179

Katherine Sasser
8 Windward Road
Fort Worth, TX 76132

Kathleen Rogers
99 Elmere Rd
Wells, ME 04090

Katie Carter
5528 Goodman Ave
Fort Worth, TX 76107

Kelli Schroeder
5633 Coleto Creek Cir
Fort Worth, TX 76179

Kevin Bohannon
6024 Saddle Bag Dr
Fort Worth, TX 76179

Kim Francis
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Kim O'Neil
217 Lakeside Circle
Murphy, TX 75094

Kimberly Lowrey
683 N. Cliffside Drive
Fayetteville, AR 72701

Kimberly Sandoval
7610 Cameron Rd Apt 1031
Austin, TX 78752

Krista White
6104 Plum Orchard Trail
Fort Worth, TX 76179

Kristin Wood
1800 Ems Rd W
Fort Worth, TX 76116

```
KristySwaim
617 Lottie Lane
Saginaw, TX 76179

Kyle  Jordan
2608 Museum Way Apt 3418
Fort Worth, TX 76107

Kyle O'Neil
777 Custer Rd., Apt. 17-4
Richardson, TX 75080

Kyra Williams
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

LangstonWinkler
6301 Eagles Rest Dr
Fort Worth, TX 76179

Laura  Madrid
5425 Stone Mead Ln
Fort Worth, TX 76179

Laura Boyle
3612 White River Dr
Dallas, TX 75287

Laura Valle
c/o Chisholm Trail High School Choir
Attn: Megan Sisk, Director
3100 NW College Dr
Fort Worth, TX 76179

Lena Salha
7111 Montana Norte
Austin, TX 78731

Leonor Frierson-Stroud
7502 Creekbluff Dr
Austin, TX 78750

Leslie Gutierrez
1036 Breeders Cup Drive
Fort Worth, TX 76179

Lillian Caitlin Molechat
15721 Terrace Lawn Circle
Dallas, TX 75248
```

Lindsey Wright
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Lisa Brugh Dieckmann
6008 Walley Dr
Fort Worth, TX 76179

Lisa Quortrup
6112 Horse Trap Drive
Fort Worth, TX 76179

Lizabeth Roman
6324 Ferncreek Lane
Fort Worth, TX 76179

Logan Hamilton
2217 Castle Dr
Clyde, TX 79510

Louis Brusatti
4704 Sunset Trail, #3103
Austin, TX 78745

Magdalena Ripley
5804 World Champion Ct
Fort Worth, TX 76179

Maine Revenue Service
PO Box 9101
Augusta, ME 04332-9101

Mallory Bownds
6349 Eagles Rest Drive
Fort Worth, TX 76179

Marett Hanes
8770 Birmingham Dr
Austin, TX 78748

Maria Camacho-Romero
5704 Calf Creek Dr
Fort Worth, TX 76179

Maria Sierra
808 Arcadia St
Saginaw, TX 76179

Marianne Howell
411 Forest Grove
Richardson, TX 75080

Mark Stern
4700 Cromwell Dr, Apt 4308
Kyle, TX 78640

Marni Roberson
7116 magenta Lane
Austin, TX 78739

Martha Kuhl
602 Stansted Manor Drive
Pflugerville, TX 78660

Martha Zornes
2409 Bryan St
Austin, TX 78702

Mary A Chacon
10438 Seawood
El Paso, TX 79925

Mary Ellen Szuwalski
3604 University Blvd
Dallas, TX 75205

Mary Kathryn Sahs
PO Box 40970
Austin, TX 78704

Mary Shack
4410 Bellvue Avenue
Austin, TX 78756

Mashawnda Sennet
629 Granite Ridge Drive
Fort Worth, TX 76179

Masterworks Singers
H. Morris Stevens, Jr., Ph.D.
902 Oakdale Circle
Pflugerville, TX 78660

McKinney North Choir and Orch
2550 Wilmeth Rd
McKinney, TX 75071

Mel Kapavik
6105 Cobbetts Pond Lane
Fort Worth, TX 76179

Melanie Bridges
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Michael  Gianotti
c/o Masterworks Singers
Attn: Morris Stevens Jr., PH.D.
940 Oakdale Circle
Pflugerville, TX 78698

Michael Bransford
1005 Silver Spur Ln
Fort Worth, TX 76179

Michael Dean
2201 Double Oak Ct
Bedford, TX 76021

Michael Thompson
1072 Silver Spur Ln
Fort Worth, TX 76179

Michelle Sanderson
6012 Westgate Drive
Fort Worth, TX 76179

Michelle Trammell
6420 Woodcreek Trail
Fort Worth, TX 76179

Mike Lightfoot
3608 Fairlands
Richardson, TX 75082

Miranda Kneisel
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Molly O'Neal
317 Bonaire Ct
Austin, TX 78738

Monica  Leffler
6533 Dakar RD W
Fort Worth, TX 76116

Monica Adcock
7201 Old Decatur Rd, Apt 502
Fort Worth, TX 76179

Monica St. John
7916 Bal Harbour Ct
Fort Worth, TX 76179

New Hampshire Dept of Revenue Admin
Collection Division
PO Box 454
Concord, NH 03301

Odessa Gallia
3828 Pershing
Fort Worth, TX 76107

Olga Romo
c/o Arlington Heights High School
Attn: Scott Tilley, Director
4501 West Fwy
Fort Worth, TX 76107

Oralia Guerrero
5213 Dry Wells Rd
Austin, TX 78749

Paloma Pulido
3604 College Ave
Fort Worth, TX 76110

Pamela Dowd
13021 Legendary Drive
Austin, TX 78727

Pamela Rugg
88 Nashua Rd
Londonderry, NH 03053

Parker Hornsby
1252 Goodland Ter
Fort Worth, TX 76179

Patricia Jacobs
1009 Reagan Terrace
Austin, TX 78704

Paul Randall
5101 Waterford Dr
Fort Worth, TX 76179

Paula Evans
9924 Edmund Drive
Benbrook, TX 76126

Paula Jean Stevens
902 Oakdale Circle
Pflugerville, TX 78660

Peter Jacobs
923 Timber Trail
Cedar Park, TX 78613

Philip Longacre
6622 Dupper Drive
Dallas, TX 75252

Randy Talley
2721 Oak Springs Drive
Garland, TX 75044

Rebecca Matzen
312 Woodrose Dr.
Fort Worth, TX 76111

Rebecca Pulido
4113 Lisbon Street
Fort Worth, TX 76107

Reece Kingcade
3117 S 22nd Street
Abilene, TX 79605

Richard A Metzger
1000 Liberty Park Dr #102
Austin, TX 78746

Richard P. Olson, Esq.
Curtis Thaxter
PO Box 7320
Portland, ME 04112

Rita Ibrahim
713 Rose Ln
Twin Peaks, CA 92391

Rita Parrish
1606 Aurora Dr
Richardson, TX 75081

Robert Boggs
c/o Arlington Heights High School
Attn: Scott Tilley, Director
4501 West Fwy
Fort Worth, TX 76107

Robert Graffam
PO Box 475
Moody, ME 04054

Robert Marshall
6464 Spring Ranch Drive
Fort Worth, TX 76179

Robert Straiton
9900 McNeil Dr, Apt 2106
Austin, TX 78750

Robyn Pereira
2121 O'Callahan Dr
Austin, TX 78748

Ronda Nyberg
821 Grace Ln
Saginaw, TX 76179

Rosa Chacon
6208 Cobbetts Pond Ln
Fort Worth, TX 76179

Rosemary Hoogerwerf
5108 Wedgewood Dr
Garland, TX 75043

Rubi Ramirez
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Rylee Karber
5877 Pearl Oyster Ln
Fort Worth, TX 76179

Ryleigh Rush
c/o Chisholm Trail High School Band
Attn: Derrick Doyle, Director
3100 NW College Dr
Fort Worth, TX 76179

Sara Fields-Pack
5901 Trout Drive
Fort Worth, TX 76179

Sara Radebaugh
c/o Masterworks Singers
Attn: Morris Stevens Jr., PH.D.
936 Oakdale Circle
Pflugerville, TX 78694

Sara Reyero
1048 Westgrove Dr
Saginaw, TX 76179

Sarah Mugoya
6628 Jennings Drive
Abilene, TX 79606

Scott Velasquez
5616 Wills Creek Lane
Fort Worth, TX 76179

Shannon Stine
5900 Lamb Creek Dr
Fort Worth, TX 76179

Sharon King
4004 Williams Rd
Benbrook, TX 76116

Sharon Leal
5028 Coral Creek
Fort Worth, TX 76135

Sheri Brown
824 N Bailey Ave
Fort Worth, TX 76107

Sierra Youngbird
5517 Tuxbury Pond Dr
Fort Worth, TX 76179

Six Flags Fiesta
17000 1H-10
San Antonio, TX 78257

Spring Hill Suites by Marriott
309 Coonado Dr
Clearwater Beach, FL 33767

Step On Guides
2-56 rue sous-leFort
Quebec, QC G1K 4G8

Stephanie  Morales
6328 Spring Ranch Dr
Fort Worth, TX 76179

Stephanie Allred
4933 Waterford Dr
Fort Worth, TX 76179

Stephanie Klaskin
c/o Masterworks Singers
Attn: Morris Stevens Jr., PH.D.
949 Oakdale Circle
Pflugerville, TX 78707

Stephanie Tribble
6036 Grand Champion Blvd
Fort Worth, TX 76179

Stephen Matera
c/o Levin Law Firm
11620 Wilshire Blvd, Suite 850
Los Angeles, CA 90025

Stony Point High School
1801 Tiger Trail
Round Rock, TX 78664

Susan Ellingburg
4901 Basil Dr
McKinney, TX 75070

Susan McCoy
8749 Southwestern Blvd #3204
Dallas, TX 75206

Susan Neff
809 Champions Point Dr
Pflugerville, TX 78660

Suzanne Rogers
5508 Omeara Cove
Austin, TX 78747

Syd Wyatt
13665 Rawhide Pkwy
Farmers Branch, TX 75234

Tami Cole
4324 Scales Street
Austin, TX 78723

Tammi Patil
640 Creek Point Dr
Fort Worth, TX 76179

Tashika Smith
2312 Cass Street
Fort Worth, TX 76112

Teresa Cardoza
6321 Bay Lake Drive
Fort Worth, TX 76179

Terry Parsons
331 East Tyler Street
Richardson, TX 75081

Timothy Hissam
13809 Ceylon Tea Circle
Attn: Morris Stevens Jr., PH.D.
922 Oakdale Circle
Pflugerville, TX 78660

Tina Vasquez
4122 Bugbee St Apt 2324
Fort Worth, TX 76116

```
Tour Team Travel
PO Box 441
Hamburg, NJ 07419

Travelers
Premium Audit
PO Box 2927
Hartford, CT 06104-2927

Treva Browning Smutz
8070 Frankford Rd, apt 422
Dallas, TX 75252

Troy Duley
5928 Secco Dr
Fort Worth, TX 76179

Ty Williams
900 Matisse Dr Apt 3012
Fort Worth, TX 76107

Vanessa Enriquez
1021 Springwood Dr
Saginaw, TX 76179

Verna Spain
417 Benjamin Ln
Abilene, TX 79605

Veronica Marquez
5424 Woodway Dr
Fort Worth, TX 76133

Veronica Salinas
6612 Basswood Drive
Fort Worth, TX 76135

Victor Soto
254 N State Hwy 360 Apt #10201
Mansfield, TX 76063

Virginia Volpe
c/o Masterworks Singers
Attn: Morris Stevens Jr., PH.D.
937 Oakdale Circle
Pflugerville, TX 78695

Wendy Hatfield
6705 Cresmont Ct
Fort Worth, TX 76133

WeTravel Inc.
101 Mission Street, Suite 1115
San Francisco, CA 94104
```

Yoneli Morales
5725 Country Valley Ln
Fort Worth, TX 76179

Yvonne Duque
5500 Fursman
Fort Worth, TX 76114

Zachary Daniels
5029 Coral Creek Dr
Fort Worth, TX 76135

Zada Mogeni
5621 Sleepy Creek Ln
Fort Worth, TX 76179